JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>        Plaintiffs,<br>    v.<br><br>UNITED STREET SWEEPING, INC., a California corporation,<br><br>        Defendant. | CASE NO.: 8:17-cv-01299-JLS-KES<br><br>THE HONORABLE JOSEPHINE L. STATON<br><br>**JUDGMENT** |

Plaintiffs' motion for default judgment was filed on November 30, 2017, in the above-referenced Court, the Honorable Josephine L. Staton, United States District Judge presiding. After full consideration of the evidence and the authorities submitted by counsel:

/ / /

1        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2        Plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the

3   Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers

4   Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training

5   Trust shall recover from defendant, United Street Sweeping, Inc., a California

6   corporation, the principal amount of $154,846.20, plus attorneys' fees of $6,092.00,

7   and costs (including litigation expenses) pursuant to Local Rule 54-3, and post-

8   judgment interest as provided by law from the date of entry of the judgment herein.

DATED: January 09, 2018

_____

UNITED STATES DISTRICT JUDGE